■ In the Matter of EVA HERCZEGH, Respondent, v THOMAS CAPOLINO, Appellant. [32 NYS3d 512]—Appeal from an order of the Family Court, Rockland County (Sherri L. Eisenpress, J.), entered October 5, 2015. The order denied the father's objections to an order of the same court (Rachelle C. Kaufman, S.M.) entered July 17, 2015, which, inter alia, without a hearing and upon the parties' consent, granted the mother's petition for an upward modification of the father's child support obligation.

Ordered that the order entered October 5, 2015, is affirmed, without costs or disbursements.

The Family Court properly denied the father's objections to the order entered July 17, 2015, as that order was entered upon the consent of the parties (*see Matter of Hackett v Paluck,* 100 AD3d 898, 899 [2012]; *Matter of Cabral v Cabral,* 61 AD3d 863, 864 [2009]; *Matter of Bien-Aime-Schneider v Schneider,* 5 AD3d 763 [2004]; *Matter of Proulx v Ardito,* 289 AD2d 581 [2001]). Rivera, J.P., Cohen, Maltese and LaSalle, JJ., concur.